# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2245
LT Case No. 24-CF-001129-A

_____

TIMOTHY BARRETT, SR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


3.850 Appeal from the Circuit Court for Lake County.
Cary F. Rada, Judge.

Timothy Barrett, Sr., Eustis, pro se.

No Appearance for Appellee.

April 21, 2026


PER CURIAM.

AFFIRMED.


JAY, C.J., and EDWARDS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____